IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
 DR. DAVID SIMAI,         :
on behalf of plaintiff and a class defined herein, :
              :
       Plaintiff,   :   Civil No. 17-cv-02283-LDW-ARL
              :
    v.         :
              :
FEDERATED SECURITIES, INC., and JOHN :
DOES 1-10,         :
              :
       Defendants. :
------------------------------------------------------------------ x

## PLAINTIFF'S VOLUNTARY MOTION TO DISMISS THE ACTION

Plaintiff, Dr. David Simai, by and through his counsel, respectfully requests that this Court enter an Order of Dismissal pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. Plaintiff requests that his individual claims be dismissed with prejudice and that the claims of the putative class members be dismissed without prejudice.

Respectfully submitted,

/s/ Tiffany N. Hardy
Tiffany N. Hardy

Tiffany N. Hardy
EDELMAN COMBS, LATTURNER
  & GOODWIN, LLC
20 South Clark Street, Suite 1500
Chicago, IL 60603
(312)/739-4200
(312)/917-0379 (FAX)

## CERTIFICATE OF SERVICE

I, Tiffany N. Hardy, certify that on December 20, 2017, a true and accurate copy of the foregoing document will be served on the following Defendant via email:

J. Kevin Meneilly
jkmlaw59@optonline.net

/s/Tiffany N. Hardy
Tiffany N. Hardy