IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------- x

DR. DAVID SIMAI,
on behalf of plaintiff and a class defined herein,

                Plaintiff,

      v.

FEDERATED SECURITIES, INC., and JOHN
DOES 1-10,

              Defendants.

-------------------------------------------------------- x

: Civil No. 17-cv-02283-LDW-ARL

**FILED**
U.S. ... ... NY

☆  DEC  8 2017  ☆

LONG ISLAND OFFICE

## PLAINTIFF'S VOLUNTARY MOTION TO DISMISS THE ACTION

Plaintiff, Dr. David Simai, by and through his counsel, respectfully requests that this

Court enter an Order of Dismissal pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil

Procedure. Plaintiff requests that his individual claims be dismissed with prejudice and that the

claims of the putative class members be dismissed without prejudice.

                Respectfully submitted,

                /s/ Tiffany N. Hardy
                Tiffany N. Hardy

Tiffany N. Hardy
EDELMAN COMBS, LATTURNER
    & GOODWIN, LLC
20 South Clark Street, Suite 1500
Chicago, IL 60603
(312)/739-4200
(312)/917-0379 (FAX)

SO ORDERED

s/LEONARD D. WEXLER, USDJ.

_____

USDJ.
CENTRAL ISLIP, NY
12/28/17

## CERTIFICATE OF SERVICE

I, Tiffany N. Hardy, certify that on December 20, 2017, a true and accurate copy of the foregoing document will be served on the following Defendant via email:

J. Kevin Meneilly
jkmlaw59@optonline.net

/s/Tiffany N. Hardy
Tiffany N. Hardy